# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ANTONIO HATCHER, | : | |
| Plaintiff, | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| SCM GROUP NORTH AMERICA, INC., | : | No. 15-1630 |
| Defendant. | : | |

## ORDER

**AND NOW**, this **1st** day of **March**, **2016**, upon consideration of Defendant's Motion for Summary Judgment, Plaintiff's response thereto, and Defendant's reply thereon, and for the reasons provided in this Court's memorandum dated March 1, 2016, it is hereby **ORDERED** that:

1. Defendant's Motion for Summary Judgment (Document No. 17) is **GRANTED.**

2. Defendant's Motion in Limine (Document No. 28) is **DENIED as moot**.

3. The Clerk of Court is directed to close this case.

BY THE COURT:

_[signature]_

Berle M. Schiller, J.