IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ANTONIO HATCHER, | : | |
| Plaintiff, | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| SCM GROUP NORTH AMERICA, INC., | : | No. 15-1630 |
| Defendant. | : | |

### ORDER

**AND NOW**, this **30th** day of **March**, **2016**, upon consideration of Plaintiff's Motion for Reconsideration, and Defendant's response thereto, and for the reasons provided in this Court's Memorandum dated March 30, 2016, it is hereby **ORDERED** that the motion (Document No. 31) is **DENIED**.

BY THE COURT:

_____
**Berle M. Schiller, J.**